UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRETT GOSSETT,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY AND PIERCE COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY MARC PETERSHAGEN,<br><br>Defendants. | NO. 3:20-cv-05639<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Pierce County, "Pierce County Sheriff's Department," and Deputy Marc Petershagen hereby remove to this Court the state court action described below.

1. On April 27, 2020, an action was commenced in the Superior Court of the State of Washington in and for the County of Pierce, entitled *Brett Gossett vs. Pierce County, et al.*, as cause number 20-2-05996-5. A copy of the complaint is hereto attached as Exhibit A.

2. The first date upon which Defendants Pierce County, "Pierce County Sheriff's Department," and Deputy Marc Petershagen received a copy of the said complaint was June 11,

NOTICE OF REMOVAL TO FEDERAL COURT - 1
Gossett Notice of Removal to Federal Court.docx
Cause No. 3:20-cv-05639

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1  2020, when Defendant Pierce County was served with a copy of the said complaint and a

2  summons from the said state court.  A copy of the summons is attached hereto as Exhibit B.

3      3. This action is a civil action of which this Court has original jurisdiction under 28

4  U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the

5  provisions of 28 U.S.C. § 1441(a) in that it arises under 42 U.S.C. § 1983.

6  DATED this 1st day of July, 2020.

        MARY E. ROBNETT
        Prosecuting Attorney

        s/ KRISTAL M. COWGER
        KRISTAL M. COWGER, WSBA # 43079
        Pierce County Prosecutor / Civil
        955 Tacoma Avenue South, Suite 301
        Tacoma, WA  98402-2160
        Ph: 253-798-4265 / Fax: 253-798-6713
        kristal.cowger@piercecountywa.gov

## CERTIFICATE OF SERVICE

On July 1, 2020, I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL TO FEDERAL COURT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Chalmers C. Johnson, WSBA #40180
LONGSHOT LAW, INC.
PO Box 1575
Port Orchard, WA  98366
Phone:  425-999-0900
Email:  chalmersjohnson@gmail.com

        s/ CHRISTINA WOODCOCK
        CHRISTINA WOODCOCK
        Legal Assistant
        Pierce County Prosecutor's Office
        Civil Division, Suite 301
        955 Tacoma Avenue South
        Tacoma, WA 98402-2160
        Ph:  253-798-7732 / Fax:  253-798-6713

NOTICE OF REMOVAL TO FEDERAL COURT - 2
Gossett Notice of Removal to Federal Court.docx
Cause No. 3:20-cv-05639

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713