# APPENDIX A

Case Number: 20-2-05996-5  Date: July 7, 2020
SerialID: D9B969B3-F4F7-46E8-9EC5B69129289DBE
Certified By: Kevin Stock Pierce County Clerk, Washington

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON
June 17 2020 9:32 AM
KEVIN STOCK
COUNTY CLERK
NO: 20-2-05996-5

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

| | |
|---|---|
| BRETT GOSSETT,<br><br>     Plaintiffs,<br>vs.<br><br>PIERCE COUNTY AND PIERCE COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY MARC PETERSHAGEN,<br><br>     Defendants. | No. 20-2-05996-5<br><br>**DECLARATION OF SERVICE ON DEFENDANT PIERCE COUNTY AND PIERCE COUNTY SHERIFF'S DEPARTMENT** |

Attached is the Declaration of Service showing that Defendant Pierce County and Pierce County Sheriff's Department were served with the Summons and Complaint on June 11, 2020.

Dated this 17th day of June, 2020.

                  _____
                  Chalmers Johnson, WSBA #40180
                  Attorney for Plaintiff

Case Number: 20-2-05996-5  Date: July 7, 2020
SerialID: D9B969B3-F4F7-46E8-9EC5B69129289DBE
Certified By: Kevin Stock Pierce County Clerk, Washington

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON COUNTY OF PIERCE

| Plaintiff / Petitioner:<br>BRETT GOSSETT, | Case No:<br>20-2-05996-5 |
|---|---|
| Defendant / Respondent:<br>PIERCE COUNTY AND PIERCE COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY MARC PETERSHAGEN, | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Thu, Jun 11 2020 at 04:07 PM, at the address of 2401 S 35TH ST ROOM 200, within TACOMA, WA, the undersigned duly served the following document(s): SUMMONS (20 DAYS); COMPLAINT in the above entitled action upon Pierce County Auditor, by then and there, at the usual place of business  of said person(s), personally depositing 1 true and correct copy(ies) of the above documents thereof into the drop box.

Service Notes:
The auditors office is using a drop box service now because of the Covid-19 Stay at Home Order. The security guard let me know that they come out every 30 minutes to check the box. He said they should be out in about 5 minutes to check it one more time because it's at the end of the day.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:   6/12/2020

JEANETTE SKINNER
28692

GreyhoundLegal.com
2223 189th St E
Tacoma, WA 98445
(253) 230-9675

Case Number: 20-2-05996-5  Date: July 7, 2020
**SerialID: D9B969B3-F4F7-46E8-9EC5B69129289DBE**
Certified By: Kevin Stock Pierce County Clerk, Washington

State of Washington, County of Pierce ss: I, Kevin Stock, Clerk of the aforementioned court do hereby certify that this foregoing instrument is a true and correct copy of the original now on file in my office.
IN WITNESS WHEREOF, I herunto set my hand and the Seal of said Court this 07 day of July, 2020

Kevin Stock, Pierce County Clerk

By  /S/Linda Fowler,  Deputy.
Dated: July 07, 2020 09:57 AM

**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Court, sign on to:
https://linxonline.co.pierce.wa.us/linxweb/Case/CaseFiling/certifiedDocumentView.cfm,
enter **SerialID: D9B969B3-F4F7-46E8-9EC5B69129289DBE**.
This document contains 2 pages plus this sheet, and is a true and correct copy of the original that is of record in the Pierce County Clerk's Office. The copy associated with this number will be displayed by the Court.

linxcrt\supClk\certification_page.rptdesign