Robert J. Bryan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRETT GOSSETT,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY AND PIERCE COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY MARC PETERSHAGEN,<br><br>　　　　　　　　　Defendants. | NO. 20-cv-05639-RJB<br><br>[PROPOSED]<br>ORDER GRANTING DEFENDANTS' 12(b)(6) MOTION TO DISMISS<br><br>Noted on Motion Docket:  July 31, 2020 |

　　　The motion of Defendants Pierce County, Pierce County Sheriff's Department, and Deputy Marc Petershagen for dismissal of Plaintiff Brett Gossett's claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly before the Court on July 31, 2020.

　　　In ruling upon Defendants' motion for dismissal, the Court has considered the following:

　　　1.　　Defendants' 12(b)(6) Motion to Dismiss;

　　　2.　　Plaintiff's Response; and

　　　3.　　Defendants' Reply.

　　　The Court has considered all materials submitted in support of and in opposition to the motion for dismissal, and finds that Plaintiff Brett Gossett has failed to state a claim upon which

ORDER GRANTING DEFENDANTS' 12(b)(6) MOTION TO DISMISS - 1
Gossett 12(b)(6) ORD.docx
Cause No. 20-cv-05639-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

relief may be granted and that Defendants Pierce County, Pierce County Sheriff's Department, and Deputy Marc Petershagen are entitled to dismissal as a matter of law. Therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendants' motion for dismissal is hereby GRANTED and that all claims of Plaintiff Brett Gossett are hereby DISMISSED with prejudice.

DONE IN OPEN COURT this _____ day of _____, 2020.

_____
ROBERT J. BRYAN
U.S. District Court Judge

Presented by:

MARY E. ROBNETT
Prosecuting Attorney

s/ KRISTAL M. COWGER
KRISTAL M. COWGER, WSBA # 43079
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-4265 / Fax: 253-798-6713
kristal.cowger@piercecountywa.gov

ORDER GRANTING DEFENDANTS' 12(b)(6) MOTION TO DISMISS - 2
Gossett 12(b)(6) ORD.docx
Cause No. 20-cv-05639-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax: (253) 798-6713