Robert J. Bryan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRETT GOSSETT,<br><br>               Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY AND PIERCE COUNTY SHERIFF'S DEPARTMENT, AND DEPUTY MARC PETERSHAGEN,<br><br>               Defendants. | NO. 3:20-cv-05639-RJB<br><br>JURY DEMAND |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that Defendants Pierce County, "Pierce County Sheriff's Department," and Deputy Marc Petershagen hereby elect to have the issues of fact in the above case tried by a 12 (twelve) person jury.

    DATED this 9th day of July, 2020.

                                     MARY E. ROBNETT
                                     Prosecuting Attorney

                                     s/ KRISTAL M. COWGER
                                   KRISTAL M. COWGER, WSBA # 43079
                                   Pierce County Prosecutor / Civil
                                   955 Tacoma Avenue South, Suite 301
                                   Tacoma, WA 98402-2160
                                   Ph: 253-798-4265 / Fax: 253-798-6713
                                   kristal.cowger@piercecountywa.gov

JURY DEMAND - 1
Gossett Jury Demand.docx
Cause No. 3:20-cv-05639-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

## **CERTIFICATE OF SERVICE**

On July 9, 2020, I hereby certify that I electronically filed the foregoing JURY DEMAND with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Chalmers C. Johnson:** chalmersjohnson@gmail.com, longshotlaw3@gmail.com

s/ CHRISTINA WOODCOCK
CHRISTINA WOODCOCK
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph: 253-798-7732 / Fax: 253-798-6713

JURY DEMAND - 2
Gossett Jury Demand.docx
Cause No. 3:20-cv-05639-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713