EXHIBIT A

From: **Boies, Carolyn** Carolyn.Boies@seattle.gov
Subject: RE: Letter regarding events September 22 and 23
Date: September 25, 2020 at 11:45 AM
To: Gilbert, Carolyn S. (Perkins Coie) CarolynGilbert@perkinscoie.com, Sharifi, Ghazal Ghazal.Sharifi@seattle.gov
Cc: Bob Christie bob@christielawgroup.com, Tom Miller tom@christielawgroup.com, Perez, David A. (Perkins Coie)
DPerez@perkinscoie.com, Molly Tack-Hooper mtackhooper@aclu-wa.org, changro@seattleu.edu, Nakata, Kelly
Kelly.Nakata@seattle.gov, Litfin, Jennifer M Jennifer.Litfin@seattle.gov, Johnson, Marisa Marisa.Johnson@seattle.gov,
Ann Trivett ann@christielawgroup.com, megan@christielawgroup.com, Laura Pfeifer laura@christielawgroup.com

CB

Received.  We will respond substantively next week. Thank you.

**From:** Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>
**Sent:** Thursday, September 24, 2020 3:46 PM
**To:** Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Cc:** Boies, Carolyn <Carolyn.Boies@seattle.gov>; Bob Christie
<bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; Perez, David A.
(Perkins Coie) <DPerez@perkinscoie.com>; Molly Tack-Hooper <mtackhooper@aclu-
wa.org>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin,
Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa
<Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>;
megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>
**Subject:** Letter regarding events September 22 and 23

---

**CAUTION: External Email**

---

Hello,

Please see attached letter from counsel for plaintiffs in *Black Lives Matter et al. v. City of
Seattle*, regarding events on September 22 and yesterday, September 23.

Thank you,
Carolyn

**Carolyn Gilbert** | **Perkins Coie LLP**
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3279
F. +1.206.359.4279
E. CarolynGilbert@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise
the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank
you.

EXHIBIT B

**From:** Perez, David A. (Perkins Coie) DPerez@perkinscoie.com
**Subject:** BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction
**Date:** September 29, 2020 at 6:30 AM
**To:** Boies, Carolyn Carolyn.Boies@seattle.gov, Sharifi, Ghazal Ghazal.Sharifi@seattle.gov
**Cc:** Bob Christie bob@christielawgroup.com, Tom Miller tom@christielawgroup.com, Molly Tack-Hooper mtackhooper@aclu-wa.org, changro@seattleu.edu, Nakata, Kelly Kelly.Nakata@seattle.gov, Litfin, Jennifer M Jennifer.Litfin@seattle.gov, Johnson, Marisa Marisa.Johnson@seattle.gov, Ann Trivett ann@christielawgroup.com, megan@christielawgroup.com, Laura Pfeifer laura@christielawgroup.com, Gilbert, Carolyn S. (Perkins Coie) CarolynGilbert@perkinscoie.com, John Midgley jmidgley@aclu-wa.org, Nancy Talner TALNER@aclu-wa.org, Arora, Nitika (Perkins Coie) NArora@perkinscoie.com

Carolyn, Ghazal,

We'd like to meet and confer with the City sometime today about Plaintiff's forthcoming motion for contempt. As our letters to you have indicated, the Seattle Police Department is violating the Court's orders in its use of force against demonstrators.

Your responses to us have indicated that the City finds no fault whatsoever with SPD's recent actions. Rather than engage substantively, the City has downplayed our serious concerns, or ignored them altogether.

Given the City's refusal to acknowledge, much less correct, this non-compliance, Plaintiffs reluctantly have concluded that the only path forward is a motion for contempt.

Please let us know your availability for a meet and confer later today.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT C

From: **Sharifi, Ghazal** Ghazal.Sharifi@seattle.gov 📎
Subject: **RE: BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction**
Date: September 29, 2020 at 10:44 AM
To: Perez, David A. (Perkins Coie) DPerez@perkinscoie.com, Boies, Carolyn Carolyn.Boies@seattle.gov
Cc: Bob Christie bob@christielawgroup.com, Tom Miller tom@christielawgroup.com, Molly Tack-Hooper mtackhooper@aclu-wa.org,
changro@seattleu.edu, Nakata, Kelly Kelly.Nakata@seattle.gov, Litfin, Jennifer M Jennifer.Litfin@seattle.gov, Johnson, Marisa
Marisa.Johnson@seattle.gov, Ann Trivett ann@christielawgroup.com, megan@christielawgroup.com, Laura Pfeifer
laura@christielawgroup.com, Gilbert, Carolyn S. (Perkins Coie) CarolynGilbert@perkinscoie.com, John Midgley
jmidgley@aclu-wa.org, Nancy Talner TALNER@aclu-wa.org, Arora, Nitika (Perkins Coie) NArora@perkinscoie.com,
Sharifi, Ghazal Ghazal.Sharifi@seattle.gov



David,

Good morning. Thank you for your e-mail. Candidly, I am a bit confused by your correspondence below.

First, as to the most recent letter, Ms. Gilbert sent correspondence late last week. Ms. Boies acknowledged receipt of the same on Friday with a promise to respond this week. We have been working on a response and collecting information, that was still coming in late yesterday and early this morning. From reviewing your email, it seems like you actually do not wish for a response to the letter. So I will pause review and work on the same as it appears you have changed your mind about Thursday's request for information.

Second, we have responded to every letter you and your colleagues have sent us. You or your colleagues never sought a meet and confer to follow up on anything in our responses. I am confused about what it is you are claiming we are ignoring or failing to "engage substantively" on.

Third, if your correspondence here is requesting that we admit liability in this litigation or otherwise, then I hope you understand that we cannot do so. Not only are there obvious strategic considerations, it would be contrary to the City's approach to this Order, which has been to take its parameters seriously, repeatedly remind officers of those parameters, and attempt to de-escalate whenever possible. Alternatively, if your correspondence is alluding to the fact that there are not efforts at accountability for individual events or actions, you are patently wrong. We have discussed in prior communications the multi-faceted accountability system and provided you with information about how to communicate concerns regarding incidents which are beyond the scope of the order to allow for investigation and an appropriate management response.

Finally, as to your request for a meet and confer, I am in meetings all day, as is Carolyn. We can be available no sooner than 5:15 for a meet and confer.  We can make ourselves available then or sometime tomorrow morning if you wish to provide times for tomorrow am. Thank you.

Best,
Ghazal

**Ghazal Sharifi**
Section Director

Government Affairs
Seattle City Attorney's Office
Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Phone: 206-684-8217
Cell: 206-418-8781
FAX:  206-684-8284
ghazal.sharifi@seattle.gov

**CONFIDENTIALITY STATEMENT:** This message may contain information that is protected by the attorney-client privilege, the attorney work product doctrine, or by other confidentiality provisions.  If this message was sent to you in error, any use, disclosure, or distribution of its contents is prohibited.  If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it.  Thank you.

**From:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>
**Sent:** Tuesday, September 29, 2020 6:30 AM
**To:** Boies, Carolyn <Carolyn.Boies@seattle.gov>; Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Cc:** Bob Christie <bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; Molly Tack-Hooper <mtackhooper@aclu-wa.org>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin, Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa <Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>; megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>; Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>; John Midgley <jmidgley@aclu-wa.org>; Nancy Talner <TALNER@aclu-wa.org>; Arora, Nitika (Perkins Coie) <NArora@perkinscoie.com>
**Subject:** BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction

---

**CAUTION: External Email**

---

Carolyn, Ghazal,

We'd like to meet and confer with the City sometime today about Plaintiff's forthcoming motion for contempt.  As our letters to you have indicated, the Seattle Police Department is violating the Court's orders in its use of force against demonstrators.

Your responses to us have indicated that the City finds no fault whatsoever with SPD's recent actions.  Rather than engage substantively, the City has downplayed our serious concerns, or ignored them altogether.

Given the City's refusal to acknowledge, much less correct, this non-compliance, Plaintiffs reluctantly have concluded that the only path forward is a motion for contempt.

Please let us know your availability for a meet and confer later today.

David

David

**David A. Perez | Perkins Coie LLP**
**Partner**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT D

**From:** **Molly Tack-Hooper** mtackhooper@aclu-wa.org 📎
**Subject:** RE: BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction
**Date:** September 29, 2020 at 11:08 AM
**To:** Sharifi, Ghazal  Ghazal.Sharifi@seattle.gov, Perez, David A. (Perkins Coie)  DPerez@perkinscoie.com, Boies, Carolyn
Carolyn.Boies@seattle.gov
**Cc:** Bob Christie  bob@christielawgroup.com, Tom Miller  tom@christielawgroup.com, changro@seattleu.edu, Nakata, Kelly
Kelly.Nakata@seattle.gov, Litfin, Jennifer M  Jennifer.Litfin@seattle.gov, Johnson, Marisa  Marisa.Johnson@seattle.gov,
Ann Trivett  ann@christielawgroup.com, megan@christielawgroup.com, Laura Pfeifer  laura@christielawgroup.com,
Gilbert, Carolyn S. (Perkins Coie)  CarolynGilbert@perkinscoie.com, John Midgley  jmidgley@aclu-wa.org, Nancy Talner
TALNER@aclu-wa.org, Arora, Nitika (Perkins Coie)  NArora@perkinscoie.com

MT

Ghazal:

Thanks. Let's talk at 5:15. I expect it will be a short call, as it seems that we fundamentally disagree about whether SPD's tactics involving less-lethal weapons are consistent with the Court's orders. If that's not the case, I hope you will let us know when we speak. We of course did not expect the City to admit liability, but we also cannot delay going to Judge Jones any longer given the number of protesters being injured every day.

Here's a number we can use this evening:
      1-888-450-5996
      Participant code: 876825

I will also put this in a calendar invitation momentarily. I look forward to speaking. Thanks for your time.

Best,
Molly

**Molly Tack-Hooper**
Senior Staff Attorney
Pronouns: she, her

American Civil Liberties Union of Washington
P.O. Box 2728, Seattle, WA 98111
206.624.2184 x230 | mtackhooper@aclu-wa.org
www.aclu-wa.org

---

**From:** Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Sent:** Tuesday, September 29, 2020 10:44 AM
**To:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Boies, Carolyn <Carolyn.Boies@seattle.gov>
**Cc:** Bob Christie <bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; Molly Tack-Hooper <mtackhooper@aclu-wa.org>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin, Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa <Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>; megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>; Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>; John Midgley <jmidgley@aclu-wa.org>; Nancy Talner <TALNER@aclu-wa.org>; Arora, Nitika (Perkins Coie) <NArora@perkinscoie.com>; Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Subject:** RE: BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction

David,

Good morning. Thank you for your e-mail. Candidly, I am a bit confused by your correspondence below.

First, as to the most recent letter, Ms. Gilbert sent correspondence late last week. Ms. Boies acknowledged receipt of the same on Friday with a promise to respond this week. We have been working on a response and collecting information, that was still coming in late yesterday and early this morning. From reviewing your email, it seems like you actually do not wish for a response to the letter. So I will pause review and work on the same as it appears you have changed your mind about Thursday's request for information.

Second, we have responded to every letter you and your colleagues have sent us. You or your colleagues never sought a meet and confer to follow up on anything in our responses. I am confused about what it is you are claiming we are ignoring or failing to "engage substantively" on.

Third, if your correspondence here is requesting that we admit liability in this litigation or otherwise, then I hope you understand that we cannot do so. Not only are there obvious strategic considerations, it would be contrary to the City's approach to this Order, which has been to take its parameters seriously, repeatedly remind officers of those parameters, and attempt to de-escalate whenever possible. Alternatively, if your correspondence is alluding to the fact that there are not efforts at accountability for individual events or actions, you are patently wrong. We have discussed in prior communications the multi-faceted accountability system and provided you with information about how to communicate concerns regarding incidents which are beyond the scope of the order to allow for investigation and an appropriate management response.

Finally, as to your request for a meet and confer, I am in meetings all day, as is Carolyn. We can be available no sooner than 5:15 for a meet and confer.  We can make ourselves available then or sometime tomorrow morning if you wish to provide times for tomorrow am. Thank you.

Best,
Ghazal

**Ghazal Sharifi**
Section Director
Government Affairs
Seattle City Attorney's Office
Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Phone: 206-684-8217
Cell: 206-418-8781

FAX:  206-684-8284
ghazal.sharifi@seattle.gov

**CONFIDENTIALITY STATEMENT:** This message may contain information that is protected by the attorney-client privilege, the attorney work product doctrine, or by other confidentiality provisions.  If this message was sent to you in error, any use, disclosure, or distribution of its contents is prohibited.  If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it.  Thank you.

---

**From:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>
**Sent:** Tuesday, September 29, 2020 6:30 AM
**To:** Boies, Carolyn <Carolyn.Boies@seattle.gov>; Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Cc:** Bob Christie <bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; Molly Tack-Hooper <mtackhooper@aclu-wa.org>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin, Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa <Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>; megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>; Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>; John Midgley <jmidgley@aclu-wa.org>; Nancy Talner <TALNER@aclu-wa.org>; Arora, Nitika (Perkins Coie) <NArora@perkinscoie.com>
**Subject:** BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction

---

**CAUTION: External Email**

Carolyn, Ghazal,

We'd like to meet and confer with the City sometime today about Plaintiff's forthcoming motion for contempt.  As our letters to you have indicated, the Seattle Police Department is violating the Court's orders in its use of force against demonstrators.

Your responses to us have indicated that the City finds no fault whatsoever with SPD's recent actions.  Rather than engage substantively, the City has downplayed our serious concerns, or ignored them altogether.

Given the City's refusal to acknowledge, much less correct, this non-compliance, Plaintiffs reluctantly have concluded that the only path forward is a motion for contempt.

Please let us know your availability for a meet and confer later today.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293

e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT E

From: **Molly Tack-Hooper** mtackhooper@aclu-wa.org 📎
Subject: RE: BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction
Date: September 29, 2020 at 6:07 PM
To: Sharifi, Ghazal Ghazal.Sharifi@seattle.gov, Perez, David A. (Perkins Coie) DPerez@perkinscoie.com, Boies, Carolyn
Carolyn.Boies@seattle.gov
Cc: Bob Christie bob@christielawgroup.com, Tom Miller tom@christielawgroup.com, changro@seattleu.edu, Nakata, Kelly
Kelly.Nakata@seattle.gov, Litfin, Jennifer M Jennifer.Litfin@seattle.gov, Johnson, Marisa Marisa.Johnson@seattle.gov,
Ann Trivett ann@christielawgroup.com, megan@christielawgroup.com, Laura Pfeifer laura@christielawgroup.com,
Gilbert, Carolyn S. (Perkins Coie) CarolynGilbert@perkinscoie.com, John Midgley jmidgley@aclu-wa.org, Nancy Talner
TALNER@aclu-wa.org, Arora, Nitika (Perkins Coie) NArora@perkinscoie.com

MT

Ghazal:

Thanks for speaking with us this evening. Plaintiffs will consent to the City filing a response to the motion within 48 hours, rather than 24, and we agree to jointly seek a status conference after the City's initial response is filed to determine additional deadlines and procedures.

Let me know if you have any other questions.

Best,
Molly

**From:** Molly Tack-Hooper
**Sent:** Tuesday, September 29, 2020 11:09 AM
**To:** Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>; Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Boies, Carolyn <Carolyn.Boies@seattle.gov>
**Cc:** Bob Christie <bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin, Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa <Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>; megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>; Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>; John Midgley <jmidgley@aclu-wa.org>; Nancy Talner <TALNER@aclu-wa.org>; Arora, Nitika (Perkins Coie) <NArora@perkinscoie.com>
**Subject:** RE: BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction

Ghazal:

Thanks. Let's talk at 5:15. I expect it will be a short call, as it seems that we fundamentally disagree about whether SPD's tactics involving less-lethal weapons are consistent with the Court's orders. If that's not the case, I hope you will let us know when we speak. We of course did not expect the City to admit liability, but we also cannot delay going to Judge Jones any longer given the number of protesters being injured every day.

Here's a number we can use this evening:
    1-888-450-5996
    Participant code: 876825

I will also put this in a calendar invitation momentarily. I look forward to speaking. Thanks for your time.

Best,
Molly

**Molly Tack-Hooper**
Senior Staff Attorney
Pronouns: she, her

American Civil Liberties Union of Washington
P.O. Box 2728, Seattle, WA 98111
206.624.2184 x230 | mtackhooper@aclu-wa.org
www.aclu-wa.org

---

**From:** Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Sent:** Tuesday, September 29, 2020 10:44 AM
**To:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Boies, Carolyn <Carolyn.Boies@seattle.gov>
**Cc:** Bob Christie <bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; Molly Tack-Hooper <mtackhooper@aclu-wa.org>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin, Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa <Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>; megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>; Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>; John Midgley <jmidgley@aclu-wa.org>; Nancy Talner <TALNER@aclu-wa.org>; Arora, Nitika (Perkins Coie) <NArora@perkinscoie.com>; Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Subject:** RE: BLM v. Seattle: Request to Meet and Confer re City's non-compliance with Preliminary Injunction

David,

Good morning. Thank you for your e-mail. Candidly, I am a bit confused by your correspondence below.

First, as to the most recent letter, Ms. Gilbert sent correspondence late last week. Ms. Boies acknowledged receipt of the same on Friday with a promise to respond this week. We have been working on a response and collecting information, that was still coming in late yesterday and early this morning. From reviewing your email, it seems like you actually do not wish for a response to the letter. So I will pause review and work on the same as it appears you have changed your mind about Thursday's request for information.

Second, we have responded to every letter you and your colleagues have sent us. You or your colleagues never sought a meet and confer to follow up on anything in our responses. I am confused about what it is you are claiming we are ignoring or failing to "engage substantively" on.

Third, if your correspondence here is requesting that we admit liability in this litigation or otherwise, then I hope you understand that we cannot do so. Not only are there obvious strategic considerations, it would be contrary to the City's approach to this Order, which has been to take its parameters seriously, repeatedly remind officers of those

parameters, and attempt to de-escalate whenever possible. Alternatively, if your correspondence is alluding to the fact that there are not efforts at accountability for individual events or actions, you are patently wrong. We have discussed in prior communications the multi-faceted accountability system and provided you with information about how to communicate concerns regarding incidents which are beyond the scope of the order to allow for investigation and an appropriate management response.

Finally, as to your request for a meet and confer, I am in meetings all day, as is Carolyn. We can be available no sooner than 5:15 for a meet and confer.  We can make ourselves available then or sometime tomorrow morning if you wish to provide times for tomorrow am. Thank you.

Best,
Ghazal

**Ghazal Sharifi**
Section Director
Government Affairs
Seattle City Attorney's Office
Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Phone: 206-684-8217
Cell: 206-418-8781
FAX:  206-684-8284
ghazal.sharifi@seattle.gov

**CONFIDENTIALITY STATEMENT:** This message may contain information that is protected by the attorney-client privilege, the attorney work product doctrine, or by other confidentiality provisions.  If this message was sent to you in error, any use, disclosure, or distribution of its contents is prohibited.  If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it.  Thank you.

**From:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>
**Sent:** Tuesday, September 29, 2020 6:30 AM
**To:** Boies, Carolyn <Carolyn.Boies@seattle.gov>; Sharifi, Ghazal <Ghazal.Sharifi@seattle.gov>
**Cc:** Bob Christie <bob@christielawgroup.com>; Tom Miller <tom@christielawgroup.com>; Molly Tack-Hooper <mtackhooper@aclu-wa.org>; changro@seattleu.edu; Nakata, Kelly <Kelly.Nakata@seattle.gov>; Litfin, Jennifer M <Jennifer.Litfin@seattle.gov>; Johnson, Marisa <Marisa.Johnson@seattle.gov>; Ann Trivett <ann@christielawgroup.com>; megan@christielawgroup.com; Laura Pfeifer <laura@christielawgroup.com>; Gilbert, Carolyn S. (Perkins Coie) <CarolynGilbert@perkinscoie.com>; John Midgley <jmidgley@aclu-wa.org>; Nancy Talner <TALNER@aclu-wa.org>; Arora, Nitika (Perkins Coie) <NArora@perkinscoie.com>
**Subject:** BLM v. Seattle: Request to Meet and Confer re City's non-compliance with

**Subject:** BLM v. Seattle: Request to Meet and Confer re City's non-compliance with
Preliminary Injunction

CAUTION: External Email

Carolyn, Ghazal,

We'd like to meet and confer with the City sometime today about Plaintiff's forthcoming
motion for contempt.  As our letters to you have indicated, the Seattle Police Department is
violating the Court's orders in its use of force against demonstrators.

Your responses to us have indicated that the City finds no fault whatsoever with SPD's
recent actions.  Rather than engage substantively, the City has downplayed our serious
concerns, or ignored them altogether.

Given the City's refusal to acknowledge, much less correct, this non-compliance, Plaintiffs
reluctantly have concluded that the only path forward is a motion for contempt.

Please let us know your availability for a meet and confer later today.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.