THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACK LIVES MATTER SEATTLE-KING COUNTY, ABIE EKENEZAR, SHARON SAKAMOTO, MURACO KYASHNA-TOCHA, ALEXANDER WOLDEAB, NATHALIE GRAHAM, and ALEXANDRA CHEN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　　　Defendant. | NO. 2:20-cv-00887<br><br>DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT<br><br>NOTE ON MOTION CALENDAR: November 18, 2020<br><br>ORAL ARGUMENT REQUESTED |

I, Lesley Cordner, being familiar with the facts set forth herein based on my personal knowledge and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am the Assistant Chief of the Professional Standards Bureau which contains SPD Audit Policy & Research, the Force Investigation Team, the Force Review Unit, the Force Review Board, as well as the Education and Training Section.

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

2. All uses of force (except deminimus force) are reported by officers and reviewed by their chain of command and either the Force Review Unit and/or the Force Review Board on established criteria. See section 8.400-8.500 of the Seattle Police Manual, available at http://www.seattle.gov/police-manual/title-8

3. For all serious uses of force, the Force Investigation Team responds to the scene to investigate. SPM § 8.400-POL-4 & POL-5. All other force is investigated and reviewed by the Sergeant, Administrative Lieutenant (when available), Watch Commander, and then the Captain. After each investigation is complete, SPD's Force Review Unit or the Force Review Board determines whether the force complied with policy, training, and tactics, and makes recommendations, if necessary, for systemic changes. SPM § 8.500-POL-4. Throughout this process, the chain of command and the Force Review Board each make referrals to the Office of Police Accountability (OPA) for disciplinary investigations as appropriate. SPM § 8.500-POL-4(10) & 5.002-POL-5 & POL-6.

4. Under normal circumstances for officer uses of force, officers are required to complete use of force reports by the end of their shifts unless exceptions are granted. Supervisors and the chain of command have 30 days from the date force is used to review and finalize use of force reports. Before finalization of the report, all applicable video is required to be watched and bookmarked by the reviewing Administrative Lieutenant or Sergeant as part of the use of force investigation. The chain of command may also request extensions to the 30 day deadline from their Bureau Commander.

5. There are several factors complicating the timelines for reporting and review of force used during the protest events of the past several months. Protests causing significant traffic disruption and defacement and damage to both public and private property continue daily,

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

necessitating police services be diverted from administrative work and/or 911 response to manage these events. Additionally, numerous officers are on leave due to injuries sustained during the protest events. Coupled with significant cuts to SPD's allotted overtime budget that have eliminated the department's ability to require that statements be completed or reviewed on overtime, these staffing and budget issues have resulted in a significant backlog of statements awaiting sergeant and administrative lieutenant review. For these reasons, extensions have been timely requested, and granted.

6. Review of officer reports by the chain of command serve as a quality control check to ensure that facts are accurately and completely documented and that all factors required to be addressed by policy are, in fact, addressed. Where statements are unclear, or supervisors/commanders have questions, or required factors are not fully and completely addressed, the chain of command may return the statements to the officer for clarification or supplementation. Accordingly, reports remain in "draft" form, and are subject to change, until the point that they have been reviewed and finalized.

7. Because of the staffing and overtime issues referenced above, coupled with continuing protests and a heightened emphasis on training and preparation/coordination, it is not feasible to provide the level of scrutiny and review that is required by the chain of command of draft reports from dates in question prior to the deadline set for this briefing. While it is not our practice to release reports that have not yet been reviewed and finalized, I have nonetheless authorized for purposes of this briefing the release of draft reports in order to provide timely context around the force in question.

8. Accordingly, attached to this declaration are draft "Blue Team" use of force reports relating to the use of crowd control tools on August 26, September 7, September 22, and September

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT - 3

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

23 that SPD has collected through October 26, 2020, received to date in the Force Review Unit.

9. Attached as Group Exhibit A(1) through A(7) is a true and correct copy of draft SPD Blue Team Use of Force Reports detailing the use of crowd control tools from August 26, 2020.

10. Attached as Group Exhibit B(1) through B(42) is a true and correct copy of draft SPD Blue Team Use of Force Reports detailing the use of crowd control tools from September 7, 2020.

11. Attached as Exhibit C(1) is a true and correct copy of the draft SPD Blue Team Use of Force Reports detailing the use of crowd control tools from September 22, 2020. There was only one report identified for this date.

12. Attached as Group Exhibit D(1) through D(19) is a true and correct copy of draft SPD Blue Team Use of Force Reports detailing the use of crowd control tools from September 23, 2020.

I declare on penalty of perjury under the laws of the State of Washington that the foregoing statements of fact and of my opinions are true and correct to the best of my knowledge.

DATED this 2nd day of November, 2020, at Seattle, King County, Washington.

*A/C. L. CORDNER*
ASSISTANT CHIEF LESLEY CORDNER

DECLARATION OF ASSISTANT CHIEF LESLEY CORDNER IN SUPPORT OF THE CITY OF SEATTLE'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CITY OF SEATTLE SHOULD NOT BE HELD IN CONTEMPT - 4

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200